IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL LUKASHUK                                                                PLAINTIFF

v.                                   No. 3:18-cv-83-DPM

BREVARD EXTRADITIONS, INC.,
d/b/a U.S. Prisoner Transport; DAVID
CARTER, Individually and in his Official
Capacity as a Sheriff of Greene County,
Arkansas; and JOHN DOES 1–20,
Individually and in their Official Capacity                    DEFENDANTS

ORDER

This case was recently removed from the Circuit Court of Greene County, Arkansas. № 1. Prior to removal, Lukashuk filed a second amended complaint. № 10. The preceding motions, № 7 & № 9, are therefore denied as moot. Brevard's new motion to dismiss, № 12, is noted. And the Court looks forward to reading Lukashuk's response.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 May 2018