IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL LUKASHUK                                                PLAINTIFF

v.                      No. 3:18-cv-83-DPM

BREVARD EXTRADITIONS, INC.,
d/b/a U.S. Prisoner Transport; DAVID
CARTER, Individually and in his Official
Capacity as a Sheriff of Greene County,
Arkansas; and JOHN DOES 1-20,
Individually and in their Official Capacity    DEFENDANTS

## ORDER

1. Motion, № 28, partly granted and partly denied without prejudice. Lukashuk's deadline to respond to discovery is tolled.

2. Lukashuk must contact his lawyer, or provide updated contact information to the Court, by 18 October 2018. If he does not, the Court will allow his lawyer to withdraw and dismiss this case for failure to prosecute. LOCAL RULE 5.5(c)(2).

3. Lukashuk's lawyer must send a copy of this Order to Lukashuk's last known address. Counsel must file notice of mailing by 28 September 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 September 2018