IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL LUKASHUK                                                              PLAINTIFF

v.                              No. 3:18-cv-83-DPM

BREVARD EXTRADITIONS, INC.,
d/b/a U.S. Prisoner Transport; DAVID
CARTER, Individually and in his Official
Capacity as a Sheriff of Greene County,
Arkansas; and JOHN DOES 1-20,
Individually and in their Official Capacity                              DEFENDANTS

## ORDER

The Court ordered Lukashuk to file notice if he wanted to pursue this case. № 31. He hasn't. His lawyer sent him the Court's Order, as directed. № 31 & 32-1. The rest of his lawyer's motion to withdraw, № 28, is granted. The Court will dismiss the case without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 November 2018