IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL LUKASHUK                         PLAINTIFF

v.                No. 3:18-cv-83-DPM

BREVARD EXTRADITIONS, INC.,
d/b/a U.S. Prisoner Transport; DAVID
CARTER, Individually and in his Official
Capacity as a Sheriff of Greene County,
Arkansas; and JOHN DOES 1-20,
Individually and in their Official Capacity      DEFENDANTS

## JUDGMENT

The case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 November 2018